1   Your Name: _ALICE BROWN_____
2   Address: _PO BOX 60 CRESCENT CITY, CA 95531_
3   Phone Number: _(775) 360-8332_____
4   Fax Number: _____
5   E-mail Address: _____
6   Pro Se Plaintiff
7

8                   United States District Court

9                   Northern District of California

10                                      **C V 16 7235**

11   _ALICE BROWN,_____    Case Number: *[leave blank]* _____

12   _____

13             Plaintiff(s),            **COMPLAINT**       **NJV**

14        vs.

15   _UNITED STATES, et al,_____

16   _____    DEMAND FOR JURY TRIAL

17   _____    Yes ☐   No ☒

18   _(17 TOTAL)_____

19             Defendant(s).

20

21        1.  **Parties in this Complaint**

22        a.  **Plaintiff(s).**  *Write your name, address, and phone number.  If there are other*

23   *plaintiffs, use more pages to include their names, addresses, and phone numbers.*

24   Name: _ALICE BROWN_____

25   Address: _PO BOX 60_____

26     _CRESCENT CITY, CA 95531_____

27   Phone number: _(775)360-8332_____

28

COMPLAINT
PAGE _1_ OF _22_ [JDC TEMPLATE]

1      b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*

2   *a corporation, write the state where it is incorporated and the state where it has its main place of*

3   *business. Use more pages if you need to.*

4   **Defendant 1:**

5   Name: UNITED STATES

6   Address: WASHINGTON, DC

7   

8   **Defendant 2:**

9   Name: DEPARTMENT OF THE INTERIOR (DOI)

10   Address: 333 BUSH ST STE 500

11       SAN FRANCISCO, CA 94104

12   **Defendant 3:**

13   Name: REDWOOD NATIONAL AND STATE PARKS DEPARTMENT

14   Address: 1111 SECOND ST

15       CRESCENT CITY, CA 95531

16   **Defendant 4:**

17   Name: COUNTY OF DEL NORTE

18   Address: 981 H ST STE 210

19       CRESCENT CITY, CA 95531

20

21

22

23

24

25

26

27

28

1      b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is*

2  *a corporation, write the state where it is incorporated and the state where it has its main place of*

3  *business. Use more pages if you need to.*

4  **Defendant 5:**

5  Name: NATIONAL PARK RANGER JOEL LEACHMAN

6  Address: 1111 SECOND ST

7        CRESCENT CITY, CA 95531

8  **Defendant 6:**

9  Name: CHIEF RANGER MARSHALL NEECK, RETIRED

10  Address: 1111 SECOND ST

11        CRESCENT CITY, CA 95531

12  **Defendant 7:**

13  Name: NATIONAL PARK RANGER DAVID KELTNER

14  Address: 1111 SECOND ST

15        CRESCENT CITY, CA 95531

16  **Defendant 8:**

17  Name: NATIONAL PARK RANGER ROBERT TOLER

18  Address: 1111 SECOND ST

19        CRESCENT CITY, CA 95531

20

21

22

23

24

25

26

27

28

COMPLAINT

PAGE 3 OF 22 [JDC TEMPLATE]

rev: 6/2013

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

Defendant 9:

Name: NATIONAL PARK RANGER GREGORY MORSE

Address: 1111 SECOND ST

CRESCENT CITY, CA 95531

Defendant 10:

Name: NATIONAL PARK RANGER DEANA FREEMAN

Address: 1111 SECOND ST

CRESCENT CITY, CA 95531

Defendant 11:

Name: SHERIFF DEPUTY ROBERT CLARKSON

Address: 650 FIFTH ST

CRESCENT CITY, CA 95531

Defendant 12:

Name: SHERIFF DEPUTY NEAL OILAR

Address: 650 FIFTH ST

CRESCENT CITY, CA 95531

COMPLAINT
PAGE 4 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

1       b.  **Defendant(s).**  *Write the full name and address of every defendant.  If the defendant is*

2    *a corporation, write the state where it is incorporated and the state where it has its main place of*

3    *business.  Use more pages if you need to.*

4    **Defendant ● 13:**

5    Name:  SHERIFF DEPUTY ADAM DANIELS

6    Address:  650 FIFTH ST

7         CRESCENT CITY, CA 95531

8    **Defendant ● 14:**

9    Name:  SHERIFF DEPUTY GRANT HENDERSON

10   Address:  650 FIFTH ST

11        CRESCENT CITY, CA 95531

12   **Defendant ● 15:**

13   Name:  SHERIFF DEAN WILSON, RETIRED

14   Address:  650 FIFTH ST

15        CRESCENT CITY, CA 95531

16   **Defendant ● 16:**

17   Name:  SHERIFF ERIK APPERSON

18   Address:  650 FIFTH ST

19        CRESCENT CITY, CA 95531

20

21

22

23

24

25

26

27

28

COMPLAINT

PAGE 5 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant ● 17:**

Name: DEL NORTE COUNTY SHERIFF DEPARMENT

Address: 650 FIFTH ST

CRESCENT CITY, CA 95531

**Defendant 2:**

Name:_____

Address:_____

_____

**Defendant 3:**

Name:_____

Address:_____

_____

**Defendant 4:**

Name:_____

Address:_____

_____

2. **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☒    My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* _____

_____

☐    My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 6 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

3. **Venue**

This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because PLAINTIFF RESIDES IN THIS DISTRICT AND A SUBSTANTIAL AMOUNT OF THE ACTS AND OMISSIONS GIVING RISE TO THIS LAWSUIT OCCURRED IN THIS DISTRICT.

4. **Intradistrict Assignment**

There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because EUREKA, BECAUSE A SUBSTANTIAL AMOUNT OF THE ACTS AND OMISSIONS GIVING RISE TO THIS LAWSUIT OCCURRED IN DEL NORTE COUNTY.

5. **Statement of Facts and Claims**

Write a short and simple description of the _facts_ of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE 7 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5a) ON DECEMBER 21, 2014, PLAINTIFF ALICE BROWN WAS HOMELESS AND LIVING IN HER VAN. SHE MOVED FROM THE STATE OF NEVADA WHERE SHE WAS ALSO HOMELESS AND LIVING IN HER VAN ON DECEMBER 16, 2014 AND ARRIVED IN DEL NORTE COUNTY ON DECEMBER 18, 2014. AS OF DECEMBER 21, 2014 PLAINTIFF HAD BEEN A RESIDENT OF DEL NORTE COUNTY FOR ONLY THREE DAYS AND THREE NIGHTS.

5b) AT 7:00 AM pst ON DECEMBER 21, 2014, PLAINTIFF ALICE BROWN WAS ASLEEP IN HER VAN AT THE HIOUCHI VISITOR CENTER PARKING LOT IN HIOUCHI CALIFORNIA ON HWY 199 IN DEL NORTE COUNTY. THERE WAS A LOUD KNOCK ON THE VAN WINDOW AND A LOUD VOICE SAYING, "POLICE! NATIONAL PARK SERVICE!" THE VOICE WAS THAT OF A NATIONAL PARK RANGER NAMED JOEL LEACHMAN, AS I DISCOVERED LATER.

5c) DEFENDANT'S NATIONAL PARK RANGER JOEL LEACHMAN INQUIRED TO WHAT I WAS DOING THERE. I EXPLAINED THAT I WAS SLEEPING, NEWLY ARRIVED FROM NEVADA AND HOMELESS. DEFENDANT'S INFORMED ME THAT I WAS PARKED IN AN AREA THAT DOESN'T ALLOW CAMPING AND ORDERED ME TO OPEN UP THE BACK DOOR OF MY VAN. CONFUSED ABOUT THE COMMAND, I ASKED, "WHAT?" DEFENDANT'S SAID THAT NEEDED TO SEE INSIDE MY VEHICLE

COMPLAINT
PAGE 8 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

1  AND REPEATED THE COMMAND TO OPEN THE BACK DOOR. I
2  EXPLAINED THAT THERE IS NO WAY TO OPEN THE HATCH
3  DOOR FROM THE INSIDE AND BESIDES EVERYTHING WILL
4  FALL OUT. THE VAN WAS PACKED FULL WITH AN AIR MATTRESS,
5  NUMEROUS PILLOWS, NUMEROUS BLANKETS, CLOTHES, BOXES
6  OF PERSONAL ITEMS AND BOXES OF PAPERS, ETC. WITHIN A
7  FEW SHORT MINUTES DEFENDANT 5 COMMANDED THAT I OPEN
8  THE DOORS AND THE WINDOWS EIGHT TIMES. HE STATED
9  THAT HE NEEDED TO SEE WHAT WAS IN MY VAN AND SEE
10 WHAT I WAS DOING AND THAT THE VENT WINDOW THAT I
11 HAD OPENED UP PREVIOUSLY WASN'T GOOD ENOUGH. WHEN
12 DEFENDANT 5 STATED THAT HE HAD TO SEE IN MY VAN
13 FIVE TIMES AND COMMANDED ME TO GET OUT OF MY VAN
14 FOUR TIMES WITHIN THOSE SAME FEW MINUTES OF THE
15 FIRST COMMAND TO OPEN THE BACK HATCH DOOR, I
16 REALIZED THEN THAT DEFENDANT 5 WAS ATTEMPTING TO
17 PERFORM AN UNREASONABLE SEARCH OF MY VAN AND MY
18 PERSON. I ASKED DEFENDANT 5 WHAT WAS THE PROBABLE
19 CAUSE TO SEARCH MY VAN. HIS RESPONSE WAS, "YOU'RE
20 PARKED IN AREA THAT IS CLOSED TO OVERNIGHT CAMPING. OKAY.
21 PERIOD!" AT THAT TIME I TOLD DEFENDANT 5, "THEN I'LL
22 LEAVE BUT I HAVE TO CHANGE MY CLOTHES." I HAD ONLY
23 A NIGHTSHIRT ON THAT WAS EXTREMELY SHORT AND
24 REVEALING. ALSO IT WAS RAINING AT THE TIME.
25          5d) DEFENDANT 5 NATIONAL PARK RANGER JOEL
26 LEACHMAN DID NOT WANT ME TO LEAVE. WHEN I DID
27 NOT JUMP OUT OF MY VAN HALF NAKED OR OPEN ALL
28 THE WINDOWS AND DOORS SO THAT HE CAN "SEE"

1  IN MY VAN AND "SEE" ME, DEFENDANT 5 EXCLAIMED
2  THAT HE WOULD SMASH MY WINDOW. HE STORMED
3  AWAY TO RETURN TO HIS VEHICLE. I ASSUMED THAT
4  HE WAS GOING TO RETRIEVE A CROWBAR TO SMASH
5  MY VAN'S WINDOW. I SEARCHED AROUND IN THE DARK
6  FOR MY STREET CLOTHES AND CHANGED MY CLOTHES. I
7  BEGAN RECORDING MYSELF WITH MY CELL PHONE WITH
8  AUDIO RECORDING ONLY, SO THAT I COULD DOCUMENT
9  WHAT WAS ABOUT TO HAPPEN, THE SMASHING OF MY WINDOW.
10 WHEN DEFENDANT 5 DID NOT IMMEDIATELY RETURN TO MY
11 VAN, I ASSUMED THAT HE WAS DOING A WARRANT CHECK,
12 AND WOULD SOON DISCOVER THAT THERE WERE NO WARRANTS
13 FOR MY ARREST AND MAYBE HE WON'T SMASH MY WINDOW
14 AND ALLOW ME TO LEAVE THE AREA. SO I JUST WAITED.
15        5e) AFTER I WAS CLOTHED AND PUT ON MY
16 JACKET, I SAW A VEHICLE PULL UP TO THE RESTROOM THAT
17 WAS OPENED 24 HOURS. WHICH IS THE MAIN REASON WHY
18 I BELIEVED THAT THE HIOUCHI VISITOR CENTER PARKING LOT
19 WAS A "REST AREA" WHERE PEOPLE WERE ALLOWED BY
20 LAW TO SLEEP IN THEIR VEHICLE FOR UP TO EIGHT HOURS.
21 I DECIDED TO STEP OUT OF THE SIDE DOOR, OPENED THE
22 FRONT DOOR, RETRIEVE THE IGNITION KEY FROM THE
23 IGNITION, LOCK UP ALL THE DOORS TO MY VAN AND GO
24 TO THE RESTROOM TO ASK THE PERSON WHO PULLED UP
25 THERE TO STICK AROUND AND BE A WITNESS TO DEFENDANT
26 5 SMASHING MY WINDOW SO THAT HE COULD "SEE" INTO
27 MY VAN. I WAS HOPING THE STRANGER WOULD BE A
28 DETERENT TO DEFENDANT 5 FROM DESTROYING MY PROPERTY.

COMPLAINT
PAGE 10 OF 22 [JDC TEMPLATE]

5f) DEFENDANT **5** NATIONAL PARK RANGER JOEL LEACHMAN WITNESSED ME OPENING THE SIDE SLIDING DOOR AND STEPPING OUT OF MY VAN. AS I OPENED THE FRONT DOOR TO RETRIEVE THE KEYS FROM THE IGNITION AND SECURE MY PROPERTY BY LOCKING ALL DOORS WITH THE AUTO DOOR LOCK BUTTON, DEFENDANT **5** RUSHED ME FROM BEHIND AND THREW ME TO THE GROUND. TAKEN BY SURPRISE AND BEING DISABLED AND ELDERLY, I WENT DOWN INSTANTLY AND HARD. MY ARMS, ELBOWS, KNEES WERE SCRAPED AND MINOR CUTS. THE NEXT DAY NUMEROUS BRUISES APPEARED ON ARMS, LEGS. MY SHOULDERS WERE SO SORE THAT I COULDN'T EVEN RAISE MY ARMS ABOVE MY HEAD FOR THREE DAYS. IT TOOK ABOUT ONE YEAR FOR THE PAIN TO SUBSIDE ALMOST COMPLETELY TO THE POINT WHERE I AM ABLE TO RAISE MY ARMS ABOVE MY HEAD AGAIN.

5g) DEFENDANT **5** NATIONAL PARK RANGER JOEL LEACHMAN PRIED MY KEYS TO MY VAN OUT OF MY HAND WHILE I WAS LYING ON THE GROUND HANDCUFFED. I TOLD HIM THAT I DO NOT GIVE PERMISSION TO SEARCH MY VAN AND ATTEMPTED TO ASSERT MY FOURTH AMENDMENT RIGHTS. DEFENDANT **5** IGNORED ME AND MY WORDS AND HANDED THE KEYS TO DEFENDANT SHERIFF DEPUTY UNKNOWN. THE BODY CAM RECORDING CUTS OFF THE SHERIFF DEPUTY'S FACE BUT I BELIEVE HIS NAME IS ROBERT CLARKSON, SHERIFF DEPUTY ROBERT CLARKSON WHO IS DEFENDANT 11. DEFENDANT 11 TOOK THE KEYS FROM DEFENDANT **5** AND

1  UNLOCKED AND OPENED MY VAN DOORS ON THE DRIVERSIDE.
2        5 h) DEFENDANT 5 NATIONAL PARK RANGER JOEL
3  LEACHMAN CALLED DISPATCH REQUESTING BACKUP FROM
4  THE NATIONAL PARK SERVICE AND THE DEL NORTE COUNTY
5  SHERIFF DEPARTMENT WHILE I WAS CHANGING MY CLOTHES
6  AND BEFORE I EXITED MY VAN AND WAS THROWN TO
7  THE GROUND. BACK UP ARRIVED AFTER I WAS THROWN TO
8  THE GROUND AND AS I WAS BEING HANDCUFFED. FOUR
9  SHERIFF DEPUTIES AND TWO OTHER NATIONAL PARK
10 RANGERS ARRIVED AT THE SCENE AND WITNESSED
11 DEFENDANT 5 HANDCUFFING ME AND PRYING MY KEYS OUT
12 OF MY HAND. THE ONE SHERIFF DEPUTY ASSISTED
13 DEFENDANT 5 BY RECEIVING THE KEYS AND UNLOCKING
14 AND OPENING MY VAN AGAINST MY WILL. THE SHERIFF
15 DEPUTIES ARE FILMED BY DEFENDANT 5's BODY CAM
16 RECORDING BUT ALL OF THEIR FACES ARE CUT OFF AND
17 YOU CAN ONLY SEE THEIR BODIES IN BLACK SHERIFF
18 DEPUTIES UNIFORMS. THE ATTACHED CONTROLLED
19 DOCUMENT ENTITLED " DEL NORTE COUNTY SHERIFF'S
20 OFFICE" LISTS THE NAMES OF THE SHERIFF DEPUTIES
21 ON SCENE. ( SEE EXHIBIT A ).
22        5 i) DEFENDANT 7 NATIONAL PARK RANGER
23 DAVID KELTNER, DEFENDANT 8 NATIONAL PARK RANGER
24 ROBERT TULER, DEFENDANT 11 SHERIFF DEPUTY ROBERT
25 CLARKSON, DEFENDANT 12 SHERIFF DEPUTY NEAL OILAR,
26 DEFENDANT 13 SHERIFF DEPUTY ADAM DANIELS AND
27 DEFENDANT 14 SHERIFF DEPUTY GRANT HENDERSON
28 STOOD IN A CIRCLE AND WATCHED DEFENDANT 5

COMPLAINT
PAGE 12 OF 22 [JDC TEMPLATE]

1  NATIONAL PARK RANGER JOEL LEACHMAN PIN ME TO THE
2  GROUND STRADDLING ME AND HANDCUFFING ME.
3  THEY ALL HEARD ME SCREAMING FOR HELP AND TELLING
4  DEFENDANT 1 THAT I AM DISABLED AND HE'S HURTING
5  ME. THEY HEARD ME SAY THAT I HAVE CHRONIC
6  PAIN FROM MY DISABILITY AND I'm BEING HURT.
7  THEY ALL SAW THAT I AM AN ELDERLY WOMAN
8  WITH DEFENDANT 5 KNEELING ON MY BACK. THEY
9  ALL HEARD ME TELL DEFENDANT 5 THAT HE WAS
10  VIOLATING MY 4th AMENDMENT RIGHTS TO BE SECURE
11  IN MY PROPERTY, PERSON, PAPERS, EFFECTS. THEY ALL
12  HEARD THAT I WAS ONLY SLEEPING IN MY VAN
13  AND NOT COMMITTING ANY CRIMES AS I TOLD THIS
14  TO DEFENDANT 5. THEY ALL HEARD ME SAY THAT I
15  DO NOT GIVE PERMISSION TO SEARCH MY VAN AS THEY
16  WATCHED DEFENDANT 5 PRY MY KEYS OUT OF MY HAND
17  AND PASS THEM TO A SHERIFF DEPUTY TO OPEN AND
18  SEARCH MY VAN. THEY ALL WITNESSED DEFENDANT 5
19  CONDUCT A SEARCH OF MY VAN AND MY PROPERTY
20  AGAINST MY WILL AND IN VIOLATION OF MY FOURTH
21  AMENDMENT CONSTITUTIONAL RIGHTS. NONE OF THESE
22  DEFENDANTS STOPPED DEFENDANT 5 AT ANY TIME.
23  NONE OF THEM EVEN SPOKE OUT AGAINST THE
24  INHUMANE ACTION OF DEFENDANT 5. SHERIFF DEPUTY
25  UNKNOWN (POSSIBLY ROBERT CLARKSON) ACTUALLY
26  ASSISTED DEFENDANT 5 IN DEPRIVING ME OF MY
27  FOURTH AMENDMENT CONSTITUTIONAL RIGHTS AND UNLOCKED
28  AND SEARCHED MY VAN WITH DEFENDANT 5.

COMPLAINT
PAGE 13 OF 22 [JDC TEMPLATE]

1    5j) DEFENDANT 5 NATIONAL PARK RANGER
2  JOEL LEACHMAN PLACED PLAINTIFF ALICE BROWN
3  UNDER ARREST FOR PENAL CODE §148 (A)(1),
4  RESISTING PEACE OFFICER IN DISCHARGE OF THEIR DUTIES.
5  (SEE EXHIBIT B, "AGREEMENT TO APPEAR" 1PG AND
6  EXHIBIT C, "PENAL CODE §148 1PG"). DEFENDANT 5 DID
7  NOT CHARGE PLAINTIFF WITH ILLEGAL CAMPING,
8  ALTHOUGH DEFENDANT 5 INFORMED PLAINTIFF THAT
9  HIS PROBABLE CAUSE TO ENGAGE PLAINTIFF AND
10  SEARCH HER VAN WAS ILLEGAL OVERNIGHT CAMPING.
11  IT WAS, IS, AND ALWAYS WILL BE OBVIOUS TO ME
12  THAT DEFENDANT 5 MADE THE ARREST PC §148(A)(1)
13  FOR THE SOLE PURPOSE OF CONDUCTING AN ILLEGAL
14  UNREASONABLE SEARCH AND SEIZURE. THE EVIDENCE
15  OF THIS IS THE BODY CAM VIDEO AND AUDIO RECORDING
16  MADE BY DEFENDANT 5. THE VIDEO SHOWS DEFENDANT 5
17  PLACING PLAINTIFF IN HIS POLICE VEHICLE IN HANDCUFFS
18  AND RETURNING TO PLAINTIFF'S VAN TO SEARCH IT.
19  DEFENDANT 5 DUMPED OUT SEVERAL BAGS, BACKPACKS,
20  BOXES AND EVEN USING A BLADE TO CUT OPEN A
21  BOX THAT I RECEIVED IN THE MAIL FROM MY FAMILY
22  RIGHT BEFORE I LEFT NEVADA AND RELOCATED TO
23  CALIFORNIA. DEFENDANT 5 SEIZED A BLACK CLOTH
24  DRAWSTRING BAG FROM MY VAN WHICH CONTAINED
25  NEW MEDICATION, OLD MEDICATION, VITAMINS, ALLERGY
26  PILLS, ANTIBIOTICS (OLD) AND EMPTY AND FULL
27  PRESCRIPTION BOTTLES THAT I HAD JUST PICKED UP
28  FROM MY STORAGE GARAGE IN SPARKS NEVADA.

1  DEFENDANT 5 THEN PROCEEDED TO WALK OVER TO
2  ANOTHER NATIONAL PARK RANGER WHO WAS SITTING
3  IN ANOTHER POLICE VEHICLE HANDED THE BAG OVER
4  TO HIM AND INSTRUCTED HIM TO LOOK FOR ANY
5  METHAMPHETAMINES IN IT. I BELIEVE THE OTHER
6  NATIONAL PARK RANGER WAS DEFENDANT 7 DAVID
7  KELTNER. AGAIN THE BODY CAM RECORDING CUTS OFF
8  NATIONAL PARK RANGERS FACE. DEFENDANT 5 TESTIFIED
9  THAT DEFENDANT 7 AND DEFENDANT 8 WAS ON SCENCE
10  WHEN THIS ARREST OCCURED. THEY FOUND NO
11  METHAMPHETAMINES ~~Meth~~ IN THE BAG OR THE VAN
12  BECAUSE I DON'T USE METHAMPHETAMINES AND NEVER HAD.
13  ALSO THERE WAS NO ALCOHOL FOUND IN THE VAN BECAUSE
14  I DON'T DRINK ALCOHOL EITHER. THEY FOUND NO
15  WEAPONS IN THE VAN BECAUSE I HAVE NEVER
16  PURCHASED OR BEEN GIVEN A WEAPON NOR DO I WANT
17  ONE.
18      5K) DEFENDANT 5 NATIONAL PARK RANGER JOEL
19  LEACHMAN DID NOT FOLLOW PROPER PROCEDURE WHEN
20  HE SUBJECTED ME TO AN UNWANTED FORCED BODY
21  SEARCH PULLING MY PANTS ELASTIC OUT AND VIEWED
22  MY BUTTOCKS WHEN I HAD NO UNDERWEAR ON
23  BECAUSE I COULDN'T FIND THEM IN THE DARK WHEN
24  I DRESSED. HE ALSO TOUCHED MY GROIN SAYING,
25  "ALL RIGHT. I'M GOING TO TOUCH YOUR GROIN AREA.
26  DON'T REACT. SPREAD YOUR FEET FOR ME A LITTLE BIT."
27  AS EVIDENCED IN THE COURT TRANSCRIPT AT MY
28  CRIMINAL TRIAL. AGAIN, I HAD NO UNDERWEAR ON AND

1   THE CROTCH AREA ON THE PANTS I WAS WEARING

2   WAS RIPPED. IN ESSENCE, THIS WAS A FORCED

3   MOLESTATION WHEN THIS MALE DEFENDANT 5 TOUCHED

4   MY VAGINA AFTER I WAS IN HANDCUFFS AND UNABLE

5   TO REFUSE THE UNWANTED TOUCHING. SINCE THIS

6   MOLESTATION I HAVE LEARNED THAT THERE IS A

7   PROPER PROCEDURE FOR GROIN TOUCHING BODY SEARCHES.

8   WHEN THERE IS A FEMALE OFFICER ON DUTY SHE IS

9   THE ONLY OFFICER THAT IS ALLOWED TO BODY SEARCH/

10  GROIN TOUCH SEARCH. MALE OFFICERS ARE NOT

11  SUPPOSED TO PERFORM GROIN SEARCHES OR STRIP

12  SEARCHES ON FEMALES THEREFORE DEFENDANT 5 DID

13  NOT FOLLOW PROPER PROCEDURE WHEN SUBJECTED ME

14  TO THIS ILLEGAL BODY SEARCH/GROIN SEARCH WITH

15  AN AUDIENCE OF SIX ADDITIONAL POLICE OFFICERS

16  PRESENT. NONE OF THE SIX OFFICERS STOPPED THE

17  GROIN TOUCHING SEARCH OR SPOKE OUT AGAINST IT.

18  ALL SEVEN POLICE OFFICERS NAMED AT THE SCENE

19  WERE MALE. BUT THERE WAS A FEMALE NATIONAL

20  PARK RANGER ON DUTY AT THAT TIME. HER NAME

21  IS DEFENDANT 10 NATIONAL PARK RANGER DEANA

22  FREEMAN. DEFENDANT 5 CHOSE NOT TO CALL HER

23  TO THE SCENE BUT SIX MALE POLICE OFFICERS.

24      51) DEFENDANT 8 NATIONAL PARK RANGER

25  JOEL LEACHMAN DID NOT FOLLOW PROPER PROCEDURE

26  WHEN HE MANHANDLED PLAINTIFF USING EXCESSIVE

27  FORCE AFTER BEING TOLD BY PLAINTIFF THAT SHE

28  IS DISABLED. DEFENDANT 8 SIMPLY STATED, "I'M

1   SORRY, MA'AM. IF YOU WOULD HAVE DONE WHAT I SAID,
2   THERE WOULDN'T BE ANY ISSUE NOW." AND "OKAY,
3   YOU DIDN'T LOOK TOO DISABLED WHEN YOU GOT OUT OF
4   THAT VEHICLE." AS EVIDENCED IN COURT TRANSCRIPT/
5   BODY CAM TRANSCRIPT. THE PROPER PROCEDURE IN
6   HANDLING DISABLED PERSONS IS TO USE EXTRAORDINARY
7   CARE AND NOT EXCESSIVE FORCE THAT MAY KILL THEM!
8   DEFENDANT **5** DID NOT EVEN INQUIRE ABOUT MY DISABILITY.
9   IF MY DISABILITY WAS A WEAK OR ENLARGED HEART
10  I WOULD BE DEAD TODAY DUE TO THE EXCESSIVE AND
11  COMPLETELY UNNECESSARY FORCE USED BY DEFENDANT **5**
12  ALL DONE SO HE COULD SEARCH MY VAN BECAUSE I
13  DID NOT GIVE CONSENT WHEN THERE WAS ᴺᴼ PROBABLE
14  CAUSE FOR THE SEARCHES.
15       5M.) DEFENDANT **5** NATIONAL PARK RANGER
16  JOEL LEACHMAN INFORMED PLAINTIFF THAT HER VEHICLE
17  WAS GOING TO BE IMPOUNDED BECAUSE SHE WAS
18  GOING TO JAIL FOR PC §148 (A)(1). DEFENDANT **5**
19  OBJECTED TO PLAINTIFF'S PLEAS TO NOT IMPOUND HER
20  VEHICLE DUE TO HOMELESS SITUATION, EXTREME
21  POVERTY ON SSI INCOME. HE CLAIMED THAT IT WAS
22  PROPER PROCEDURE TO IMPOUND VEHICLES OF ARRESTED
23  PERSONS. HOWEVER DURING MY TRIAL, DEFENDANT **5**
24  TESTIFIED THAT HIOUCHI VISITOR CENTER IS OPEN TO
25  THE PUBLIC FOR PARKING DURING DAYLIGHT HOURS
26  AND BY THE TIME WE LEFT FOR JAIL IT WAS
27  DAYTIME. I BELIEVE THE SEIZURE OF MY VAN WAS
28  DUE TO RETALIATORY ACTION BY DEFENDANT **5** FOR

COMPLAINT
PAGE **17** OF **22** [JDC TEMPLATE]

*rev: 6/2013*

1   ME NOT ALLOWING THE UNREASONABLE SEARCHES OF

2   MYSELF AND MY VAN AND ALSO BECAUSE I QUESTIONED

3   HIS PROBABLE CAUSE FOR THE SEARCHES AS I ATTEMPTED

4   TO ASSERT MY CONSTITUTIONAL RIGHTS AGAINST SUCH

5   SEARCHES. ALSO DEFENDANT **5** NOTIFIED ME THAT I

6   WOULD BE BOOKED AND RELEASED MORE THAN LIKELY,

7   ALL THE MORE REASON WHY MY VAN SHOULD HAVE JUST

8   BEEN LEFT AT THE HIOUCHI VISITOR CENTER. THE VAN

9   WAS MY ONLY HOME OTHERWISE I WOULD HAVE TO

10  LIVE OUTDOORS IN THE ELEMENTS. THE SEIZURE OF

11  MY VAN WAS SIMPLY A PUNISHMENT FOR ASSERTING

12  MY CONSTITUTIONAL RIGHTS. I HAD TO PAY $345

13  IN IMPOUND AND STORAGE FEES TO CALIFORNIA AUTO

14  IMAGE TO RETRIEVE IT ABOUT TWO HOURS AFTER

15  MY ARREST. (SEE EXHIBIT D, RECEIPT FROM

16  CALIFORNIA AUTO IMAGE FOR $345)(ALSO SEE

17  EXHIBIT E ENTITLED "VEHICLE REPORT").

18        5n) DEFENDANT 10 NATIONAL PARK RANGER

19  DEANN FREEMAN WAS IN PHYSICAL POSSESSION OF MY

20  PROPERTY ON DECEMBER 21, 2014 AT HER PLACE OF

21  EMPLOYMENT AT THE REDWOOD NATIONAL AND STATE PARKS

22  DEPARTMENT LOCATED AT 1111 SECOND ST CRESCENT CITY, CA

23  95531. AT ABOUT 10:00 AM SHE APPROACHED ME AT THE

24  DEPARTMENT IN THE LOBBY AND HANDED ME 1 EMPTY AND 1

25  FULL PRESCRIPTION BOTTLE OF AN ANTIBIOTIC GIVEN TO ME

26  BY A FRIEND MONTHS PRIOR IN NEVADA WHEN I FELL

27  ILL WITH BRONCHITIS. DEFENDANT 10 NEVER EXPLAINED

28  TO ME HOW OR WHY SHE WAS IN POSSESSION OF MY PROPERTY.

CLAIMS

CLAIM 1 : BIVENS ACTION — BIVENS V. SIX UNKNOWN NAMED AGENTS, 403 U.S. 388 (1971). DEFENDANTS 1, 2, 3, 5, 6, 7, 8, 9, 10 ARE BEING SUED IN THEIR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY FOR DEPRIVATION OF PLAINTIFFS FOURTH AMENDMENT RIGHTS, FOURTEENTH AMENDMENT RIGHTS, AND EIGHTH AMENDMENT RIGHTS. THE DEPRIVATION OCCURRED WHEN DEFENDANTS FAILED TO ESTABLISH PROBABLE CAUSE TO UNREASONABLY SEARCH AND SEIZE PLAINTIFF AND VEHICLE. DEFENDANTS SUBJECTED PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT WHEN SHE WAS SEARCHED AND SEIZED FOR ENGAGING IN THE INNOCENT AND NECESSARY ACT OF SLEEPING IN HER VEHICLE DUE TO HOMELESSNESS. THE DEFENDANTS ACTED UNDER COLOR OF LAW AND HAD NO COURT ORDER OR SEARCH WARRANT AND NO CONSENT FROM PLAINTIFF TO SEARCH OR SEIZE PERSON AND PROPERTY

CLAIM 2 : DEFENDANT 5 IS BEING SUED IN HIS OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY FOR UNNECESSARY EXCESSIVE FORCE IN THE SEIZURE OF PLAINTIFF. THE EXCESSIVE FORCE USED IS EVIDENCED ON BODY CAM RECORDING OBTAINED THROUGH THE CRESCENT CITY DISTRICT ATTORNEY OFFICE.

CLAIM 3 : DEFENDANTS 1, 2, 3, 5, 6, 7, 8, 9, 10 IS BEING SUED IN OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY FOR NOT FOLLOWING PROPER PROCEDURE IN THE SEIZURE AND SEARCH OF PLAINTIFF' PERSON AND PROPERTY.

1  DEFENDANTS DID NOT FOLLOW PROPER PROCEDURE WHEN
2  PLAINTIFF WAS BOUND IN HANDCUFFS AND FORCED TO
3  SUBMIT TO BODY SEARCH AND GROIN SEARCH BY A
4  MALE OFFICER WHEN A FEMALE OFFICER WAS ON DUTY.
5  DEFENDANTS DID NOT FOLLOW PROPER PROCEDURE WHEN
6  PLAINTIFF DISCLOSED SHE WAS DISABLED AND CAN'T BE
7  THROWN TO THE GROUND DUE TO CHRONIC PAIN.
8      CLAIM 4: DEFENDANTS 4, 11, 12, 13, 14, 15, 16, 17
9  ARE BEING SUED UNDER 42 U.S.C. SECTION 1983
10  FOR THEIR INACTIONS AS THEY STOOD BY AND
11  ALLOWED A POLICE OFFICER TO DEPRIVE PLAINTIFF
12  OF 4th, 14th, 8th AMENDMENT RIGHTS AND TO
13  ALLOW EXCESSIVE FORCE ON PLAINTIFF IN THE SEARCH
14  AND SEIZURE OF PLAINTIFF. DEFENDANTS CHOSE NOT
15  TO INTERVENE TO PROTECT PLAINTIFF RIGHTS AND
16  PERSON / PROPERTY. "POLICE OFFICERS HAVE A DUTY TO
17  INTERCEDE WHEN THEIR FELLOW OFFICERS VIOLATE THE
18  CONSTITUTIONAL RIGHTS OF A SUSPECT OR OTHER CITIZEN,"
19  AS DICTATED IN CUNNINGHAM V. GATES, 229 F. 3d
20  1271, 1289 (9th CIR. 2000). THE DEFENDANTS HAD
21  AN OPPORTUNITY TO INTERCEDE AS THEY STOOD IN THE
22  CIRCLE AND WATCHED DEFENDANT 5 DEPRIVE
23  PLAINTIFF OF HER RIGHTS
24      CLAIM 5: DEFENDANTS 4, 11, 12, 13, 14, 15, 16, 17
25  ARE BEING SUED IN THEIR OFFICIAL CAPACITY AND
26  INDIVIDUAL CAPACITY UNDER 42 U.S.C. SECTION
27  1983 FOR CONSPIRACY TO DEPRIVE PLAINTIFF OF
28  4th, 14th, 8th AMENDMENT RIGHTS BY ASSISTING

COMPLAINT
PAGE 20 OF 22 [JDC TEMPLATE]

1. DEFENDANT 5 AS HE DEPRIVE PLAINTIFF OF SAID RIGHTS.
2.    CLAIM 6: DEFENDANTS 4, 11, 12, 13, 14, 15, 16, 17
3. ARE BEING SUED UNDER MONELL CLAIM IN
4. THEIR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY
5. DUE TO THEIR PATTERN AND PRACTICE OF INACTION/
6. OMMISSION AND CUSTOM OF CONSPIRING TO
7. DEPRIVE PLAINTIFF OF 4th, 14th, 8th AMENDMENT
8. RIGHTS. MONELL V DEPARTMENT OF SOCIAL SERVICES,
9. 436 U.S. 658 (1978). THE DEFENDANTS LONGSTANDING
10. PRACTICE THAT HAS DEPRIVED CITIZENS OF THEIR
11. CONSTITUTIONAL RIGHTS HAS THE FORCE OF LAW AND
12. IS WELL DOCUMENTED IN THE DEL NORTE TRIPLICATE
13. NEWSPAPER.

COMPLAINT
PAGE 21 OF 22 [JDC TEMPLATE]

*rev: 6/2013*

6. **Demand for Relief**

*State what you want the Court to do for you.  For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something.   If you are asking for money, you can say how much you are asking for and why you should get that amount.*

1) ACTUAL DAMAGES IN THE AMOUNT OF $400.00

FOR IMPOUND FEES INCURRED

&

2) PUNITIVE DAMAGES IN THE AMOUNT OF

$10,000,000

TEN MILLION DOLLARS

- FOR DEPRIVATION OF 4th, 14th, 8th

AMENDMENT RIGHTS

- EXCESSIVE FORCE

- PAIN & SUFFERING & HUMILIATION

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☐     Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint.  Attach another page if you need to.*

Respectfully submitted,

Date:  _12/16/16_      Sign Name:  _Alice Brown_
                       Print Name:  _ALICE BROWN_