# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

ALICE BROWN,

            Plaintiff,

   v.

UNITED STATES, et al.,

            Defendants.

Case No. 16-cv-07235-RMI

**ORDER DENYING MOTION TO DISQUALIFY MAGISTRATE JUDGE**

Re: Dkt. No. 70

On April 9, 2018, Plaintiff filed a motion to disqualify the undersigned pursuant to 28 U.S.C. § 455(a). (Doc. 70.) Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission on the papers. Plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 11, 2018

ROBERT M ILLMAN
United States Magistrate Judge