UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALICE BROWN,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF DEL NORTE, et al.,<br>　　　　Defendants. | Case No. 16-cv-07235-RMI<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE**<br><br>Re: Dkt. No. 112 |

This is a consent case in which the undersigned denied Plaintiff's oral motion to withdraw her consent and in which the undersigned entered judgment pursuant to an order granting Defendants' motion for summary judgment. Plaintiff then appealed and the case was remanded such that a district judge could consider the motion to withdraw consent in the first instance. *See* Mem. Op. (dkt. 110) at 3. As instructed by the appellate court, if the district judge determines that Plaintiff should have been permitted to withdraw her consent, then the judgment should be vacated and the district judge should conduct further proceedings. However, if the district judge determines that the motion was properly denied, the mandate directs reassignment to the undersigned for an articulation of reasons for denying Plaintiff's subsequently-filed recusal motion. Accordingly, the Clerk shall randomly reassign this case to a district judge.

**IT IS SO ORDERED.**

Dated: December 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge