UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALICE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL PARK RANGER JOEL LEACHMAN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07235-RMI<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 78 |

This case was remanded by the Court of Appeals with two directives that have now been effectuated. First, the appellate court instructed the undersigned to transfer the case such that a district judge could decide whether or not Plaintiff should have been permitted to withdraw her consent to proceed before a magistrate judge; and, second, if the district judge were to deny Plaintiff's motion to withdraw her consent, then the case would once again be assigned to the undersigned for the articulation of reasons for a prior denial of Plaintiff's disqualification motion. *See Mem. Op.* (dkt. 110) at 3. On February 10, 2021, Judge Illston denied Plaintiff's motion to withdraw her consent (dkt. 123); and on March 4, 2021, the undersigned entered an order articulating reasons for the denial of Plaintiff's disqualification motion (dkt. 125).

Furthermore, after remand, a comprehensive settlement agreement resulted in the stipulated dismissal of the County of Del Norte, Robert Clarkson, Neal Oilar, Adam Daniels, Grant Henderson, Dean Wilson and Erik Apperson ("the County Defendants"). *See Order of December 16, 2020* (dkt. 118) at 3. As to the remaining Defendants, the four individually-named National Park Rangers – Joel Leachman, David Keltner, Robert Toler, and Gregory Morse ("the Federal Defendants") – given that the particulars of the appellate court's mandate have now been

1  effectuated, and for the reasons expounded in the court's previous order (dkt. 78) granting the

2  Federal Defendants' Motion for Summary Judgment (dkt. 53), summary judgment is hereby

3  **GRANTED** as to the Federal Defendants. Judgment shall be entered accordingly.

4  **IT IS SO ORDERED.**

5  Dated: March 4, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge